JIMMIE STEPHEN
(Name)
P. O. BOX 8101
(Address)
Sin Luis Obispo, Cali
(City, State, Zip)          93409-8101
CS6483
(CDC Inmate No.)

FILED

JUL 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Amended
FRCP #15.

"Pratt v Rowland"
769 F. SUPP 1128 (N.D. 1991).

# United States District Court

## Southern District of California

JIMMIE STEPHEN ,
(Enter full name of plaintiff in this action.)

                              Plaintiff,

v.

"BRAVO"
Et AL Defendants ,

_____ ,

_____ ,
(Enter full name of each defendant in this action.)

                              Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CU-08-0749-BTM
Civil Case No.    (AJB)
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to
assert jurisdiction under different or additional authority, list them below.
18. USC, 242, 1961-68 "Conspiracy". 28 USC 1915-6 "Imminent Danger
.28 USC, 1367. .                                          Exception".

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, JIMMIE STEPHEN
                                                            (print Plaintiff's name)
CS6483          , who presently resides at CMC-Sin Luis Obispo
                                            (mailing address or place of confinement)
California - P. O. BOX 8101..          , were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at RJ Donovan
in A CMC..          on (dates) 5-26-04, 8-9-05, and 3-27-07.
(institution/place where violation occurred)     (Count 1)     (Count 2)     (Count 3)

§ 1983 SD Form
(Rev. 4/06)
"Farron v West" 320. F.3. 1235-6 (11th 2003). Imminent
Danger Exception for Denial Dentures for 15 months..

*IMMINENT DANGER EXCEPTION*

on (date or dates) __9-29-06__ , __10-4-06__ , __5-26-04__ .
(Claim I)                (Claim II)              (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __C.O. "BRAND"__ resides or works at
(full name of first defendant)
__480 Alta Rd - San Diego California 92179__
(full address of first defendant)
__"GUARD"__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law: __ON 9-29-06__
__AS AN EMPLOYEE State of California CACR. Donovan "Brand"__
__willfully "ASSAULTED Plaintiff" while sitting in Chair" in Law Library"__

2. Defendant __C.O. "McCurdy"__ resides or works at
(full name of first defendant)
__480 Alta Rd - San Diego California 92179__
(full address of first defendant)
__"GUARD"__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law: __ON 9-29-06__
__AS AN EMPLOYEE State of California CACR. Donovan .. "McCurdy"__
__"PARTICIPATED" in the "ASSAULT and DESTROYED "Legal Document Eyeglasses__

3. Defendant __Sal "ARMENTA"__ resides or works at
(full name of first defendant)
__480 Alta Rd - San Diego California 92179__
(full address of first defendant)
__"SARGEANT"__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law: __ON 9-29-06__
__AS AN EMPLOYEE State of California CACR. Donovan .. "ARMENTA"__
__willfully "LEAD" 15 Controlled GUARDS of 9-29-06 ASSAULT ect.. AS WELL__
__AS "PARTICIPATED" in Concert with Guards and "DESTROYED" Plaintiff "LEGAL"__
__Document" over 200 PAGES" and "PRESCRIPTION EYEGLASSES" taking 7 months to REPLACE ..__
__"willfully".__

4. Defendant  L+A "Simon"
   (full name of first defendant)  resides or works at
   "480 Alta Rd San Diego California 92179
   (full address of first defendant)
   "Legal Technician Librarian"
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law: on 9-29-06
As an Employee State of California CDCR "Donovan" "Simon"
Participated in "Assault by "withholding Statements of this Crime."

5. Defendant  M. "Belton" (flcp #19.)  resides or works at
   (full name of first defendant)
   480 Alta Rd San Diego California
   (full address of first defendant)
   "Guard"
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law: on 8-9-05
As an Employee State of California CDCR Donovan.. "Belton A
"victim, Plaintiff, Last Known Employment Lost Her "Job wrongfully"
based on "false Evidence Including Plaintiff of 8-9-05 ongoing..

6. Defendant "Dr. Ritter" Resides "Sacramento" California and is
Employed as "CMO" at Donovan.. Sued in "Individual and Official"
Capacity as State Employee.. under Color of Law. CDCR..
Director of Corrections
P. O. Box 942883
Sacramento California
94283-0001
"Ritter failed to warn of "Serious" Diseases at Donovan and
Contaminated "Ventillation" System from 9-16-03 to 3-27-07..
As "failed to Protect" warn from Contagious Diseases at Donovan or
Deuel "TB" outbreaks Plaintiff contracted TB claims. virus at 5-105..
As Plaintiff still suffer from Persistant Cough and "Fluid in Lungs"
Since Arriving at CMC at 3-27-07 and numerous" colds, Sickness, Asthmas.

IMMINENT DANGER EXPLAINED
DENTAL "DENTAL"

on (date or dates) __5-1-05__ , __5-8-07__ , __5-20-08__ .
(Claim I)          (Claim II)        (Claim III)

**NOTE:**     You need not name more than one defendant or allege more than one claim. If you are naming more than
five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant __DR "HOXIE"__ _____ resides or works at
    (full name of first defendant)
    __CMC- P.O. BOX 8101-SAN LUIS OBISPO CALIF. 93409__
    (full address of first defendant)
    __"DENTIST"__
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

    Explain how this defendant was acting under color of law: __FROM 3-27-07 ONGOING__
    __AS AN EMPLOYEE OF STATE OF CALIFORNIA CNCR "CMC" HOXIE"__
    __WILLFULLY DENIED, DEPRIVED "ADEQUATE" DENTAL DID X-RAYS "ONLY".__

2.  Defendant __DR "MILLARD"__ _____ resides or works at
    (full name of first defendant)
    __480 ALTA RD-SAN DIEGO CALIFORNIA 92179__
    (full address of first defendant)
    __"DENTIST"__
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

    Explain how this defendant was acting under color of law: __FROM 5-1-05 TO 3-27-07__
    __AS AN EMPLOYEE OF STATE OF CALIFORNIA CNCR. DONOVAN__
    __"MILLARD" WILLFULLY DENIED, DEPRIVED ADEQUATE "DENTAL" TEETH, X-RAY only.__

3.  Defendant __DR "LEE"__ _____ resides or works at
    (full name of first defendant)
    __480 ALTA RD-SAN DIEGO CALIFORNIA 92179__
    (full address of first defendant)
    __"DENTIST"__
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

    Explain how this defendant was acting under color of law: __FROM 5-1-05 TO 3-27-07__
    __AS AN EMPLOYEE OF STATE OF CALIFORNIA CNCR. DONOVAN UNDER__
    __"LEE" WILLFULLY "DELAYED" "DENIED" UNDER "GUISE" OF WAITING LIST EL__
    __"X-RAYS" DONE ONLY..__

    __ISSUES # 1-22.        "33" DEFENDANTS TOTAL..__
    __PAGE # 1-24..__

4. Defendant ___Dr "ANTIQUE"_____ resides or works at
(full name of first defendant)
___480 AlTA RD - SAN DIEGO CAliFoRNIA 92179_____
(full address of first defendant)
___"DENTIST"_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law: from 2-8-07 to 3-27-07
As An EMPloYEE State of CAliFoRNiA CDCR. DonovAn "ANTiQUE" williuly
AllowED PlAintiff to be "TRANSFERRED" bEfoRE fiXing "TEETH" PARTiAls "X-RAYS"
only,

5. Defendant ___Dr "FRAMSEAL"_____ resides or works at
(full name of first defendant)
___480 AlTA RD - SAN DIEGO CAliFoRNiA 92179_____
(full address of first defendant)
___"DENTIST"_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law: from 5-11-06 to 3-27-07
As An EMPloYEE State of CAliFoRNiA CDCR. DonovAn "FRAMSEAL" (X-RAYS)
williuly "PARTiciPATED" iN DEPRivAL of TEETH PARTiAls EU .. williuly.
As "MilliARD LEE" "ANTiQUE FRAMSEAL" williuly PARTiciPATED iN
conceRt fRom 5-1-05 to 3-27-07 "DENiAL" of "TEETH" PARTiAls
"DENTURES" WHom Took "X-RAYS" UNDER GUiSE of "PARTiAls" with
other TActics to "DENY" "DElAY" "TEETH" WHEREAS PlAintiff HAs no
Right-BAck TEETH" to EAt on WHEREAS "MUST" CHEW on "onE"
"LEFT BAck tooth" WHEREAS At timEs CAUSiNG "PAiN "SoRENESS"
"SWElling" WEight Loss" AND WAS "DESTRoYED" REBUilT AND thEN
"CLownED" of EmERGENcy bUt "No PARTiAls" only "X-RAYS".. AS
"PAiN AND SUffERiNG" onGoiNG As of 5-20-08 onGoiNG..
Plaintiff willfully TRANSfERED at 3-27-07 to DEPRivE of
AccESS to CoURt UNDER "28 USC 1915. 3-STRikE kNowiNg by
WARdEN "HERNANdEz" AND DEfENDANts EmPloYEES At DonovAn..
with KNowlEdgE of "iNAdEQUATE MEDiCAL "DENTAL ECC
"ongoing .. 5-20-08 PAttERN of MisCoNdUct"

on (date or dates) _3-27-07_____, _____, _5-26-04_____.
(Claim I)                        (Claim II)              (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant _WARDEN "MARSHAL"_____ resides or works at
   (full name of first defendant)
   _P.O. BOX 8101- San Luis Obispo CALIFORNIA 93409_
   (full address of first defendant)
   _"WARDEN" CMC._
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law: _from 3-27-07 ongoing "DENIAL"_
_AS AN EMPLOYEE State of CALIFORNIA CNCR. CMC. MARSHAL WROTE_
_Policy, Custom, Practice For "DELAYED MEDICAL" "DENTAL" "TREATMENT" WILLfully_

2. Defendant _WARDEN "HERNANDEZ"_____ resides or works at
   (full name of first defendant)
   _480 ALTA RD- San Diego CALIFORNIA 92179_
   (full address of first defendant)
   _"WARDEN" R.J Donovan_
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law: _from 5-26-04 to 3-27-07._  _8-16-03 "ARRIVAL"_
_AS AN EMPLOYEE State of CALIFORNIA CNCR. Donovan WILLfully DENIED_
_"ORDERED" "DELAYED DENTAL TEETH" AS "CRUEL Punishment"etc. "SELF-GAIN" ECT._
_ALL Rights DENIED. DEPRIVED._

3. Defendant _D.C. "CASTILLO"_____ resides or works at
   (full name of first defendant)
   _P.O. BOX 8101- San Luis Obispo CALIFORNIA 93409_
   (full address of first defendant)
   _"GUARD"_
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law: _ON 6-30-07._
_AS AN EMPLOYEE State of CALIFORNIA CNCR. Donovan "CASTILLO"_
_willfully Confiscated DENTAL Civil Rights "Documents" AS "RACIST" ect._
_within Willfully "DESTROYED Documents" with Right to SEND Home ect. DUE Process._

4. Defendant _C. "CORNELIUS"_ resides or works at
(full name of first defendant)
_P. O. BOX 8101 - SAN LUIS OBISPO CALIFORNIA 93409_
(full address of first defendant)
_SUPERVISOR "EDUCATION"_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law: ON 6-6-07
AS AN EMPLOYEE STATE OF CALIFORNIA CMCR. "CMC" "CORNELIUS" RETALIATED
WILLFULLY "WROTE "FAKE" WRITE-UP FOR NOT PARTICIPATING IN "EDUCATION" HAS "DIPLOMA
IN 1972.

5. Defendant _P. "KELLY"_ resides or works at
(full name of first defendant)
_P. O. BOX 8101 - SAN LUIS OBISPO CALIFORNIA 93409_
(full address of first defendant)
_"SUPERVISOR "PIA" "CMC"_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law: #FROM 3-27-07 & 1-15-08
AS AN EMPLOYEE STATE OF CALIFORNIA CMCR. CMC. "PAUL KELLY"
WILLFULLY DENIED PLAINTIFF PIA JOB WHEN I WORKED PIA ON "NON-ADVERSE"
TRANSFER "NON-DISCIPLINARY" AT DONOVON. PERSONALLY BY GRIEVANCE DATED
1-15-08. AS KNOWLEDGE OF "ARSON" KNOWN ONLY BY COUNSELOR "OSHIRO"
WHOM PARTICIPATED IN DENIAL OF "PIA" AT CMC. FOR LEGAL PURPOSES.
WHOM ALSO HAS PARTICIPATION WITH ATTORNEY GENERAL AND
COMPLETE "LEGAL FILINGS AND "E-FILE" AS TO "OSHIRO".
"ENEMY IN PLAINTIFF CAMP".

2. <u>Defendants:</u> (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant ___N. "BROWN"___ resides in ___Sm Niego California___,
     (name)                            (County of residence)

and is employed as a ___"PIA" SUPERVISOR___. This defendant is sued in
                        (defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: As m EMPloyee State of California CYL. Donovan
AS "Brown" "failed to Protect" from Contagious Disease "TB"
in "PIA Laundry" from 5-1-04 to 5-1-05.

Defendant ___DA "RAMOS"___ resides in ___Sm Niego California___,
     (name)                         (County of residence)

and is employed as a ___"Doctor Assistant"___. This defendant is sued in
                        (defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: As m EMPloyee State of California CYL. Donovan
AS "Ramos" Refused to "X-Ray" "Back Pains" when Requested
or Necessary "Pain Medications" of 9-29-06 "Assault" on 10-4-06 Ect..

Defendant ___C/o "ESPINOZA"___ resides in ___Sm Niego California___,
     (name)                         (County of residence)

and is employed as a ___"GUARD"___. This defendant is sued in
                        (defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: As m EMPloyee State of California CYL. Donovan
Mr "ESPINOZA" on 11-27-05 "filed false Charges" of "threating"
His Life" as Plaintiff spent "45" Days "Segregation"..

Defendant ___C/o "Cluck"___ resides in ___Sm Niego California___,
     (name)                         (County of residence)

and is employed as a ___"GUARD"___. This defendant is sued in
                        (defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: As m EMPloyee State of California CYL. Donovan
As "Cluck" witnessed events of 11-27-05 "false Charges" and
"Refused to Protect" from Injury, Segregation by Telling Truth..
Plaintiff eventually found "Not Guilty" of 11-27-05 "Incidence". As well
As Incidence of 8-9-05 and 9-29-06. "Not Guilty".

9

2. <u>Defendants:</u> (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant ___Dr "Bromerich"___ resides in ___San Diego California___,
      (name)                                                          (County of residence)
and is employed as a ___"Doctor"___. This defendant is sued in
               (defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: ___As an Employee State of California CDCR Donovan___
___As "Bromerich" Denied "Medications" of "Lovastatin" for serious___
___medical Cholesterol from 11-27-95 to 1-13-96. willfully.___

Defendant ___Sgt "Pittman"___ resides in ___San Diego California___,
      (name)                                                          (County of residence)
and is employed as a ___"Sargeant"___. This defendant is sued in
               (defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: ___As an Employee State of California CDCR Donovan___
___As "Pittman" willfully "Ordered" write-up of 10-4-06 as "Retaliation"___
___to "Confiscate Personal Property" of 9-29-06 "Assault". As "Retaliation".___

Defendant ___C/O "Soliano"___ resides in ___San Diego California___,
      (name)                                                          (County of residence)
and is employed as a ___Guard "___. This defendant is sued in
               (defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: ___As an Employee State of California CDCR Donovan___
___As "Soliano" wrote "false write-up" of 10-4-06 under Guise___
___of "No Choice of cellmate" O.D #85 used not "O.A.L" approved.___

Defendant ___Lt. "Sanchez"___ resides in ___San Diego California___,
      (name)                                                          (County of residence)
and is employed as a ___"Lieutenant"___. This defendant is sued in
               (defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: ___As an Employee State of California CDCR Donovan___
___As "Sanchez" approval "false write-up" of 10-4-06 when Knowing___
___write-up "false" and O.D #85 "Invalid". As "Retaliation".___

9D

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant __A. "Cota"__ resides in __Sam Diego California__,
(name)                                                    (County of residence)
and is employed as a __"Captain"__. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: __As an Employee State of California CMU At__
__Donovan Refused to "Timely Answer" Grievances by "Cota"__
__From 5-26-04 to 3-27-07 ongoing. As Retaliation willfully.__

Defendant __E. A. "Contreras"__ resides in __Sam Diego California__,
(name)                                                    (County of residence)
and is employed as a __Asst "Warden"__. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: __As an Employee State of California CMU__
__At Donovan. Refusal to Order "Appeal Cord." to answer willfully__
__Grievances Denied Due Process from 5-26-04 to 3-27-07 ongoing__

Defendant __SGT "Munoz"__ resides in __Sam Diego California__,
(name)                                                    (County of residence)
and is employed as a __"Sargeant"__. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: __As An Employee State of California CMU At__
__Donovan. Refused to Answer Appeals "timely by "Munoz" willfully__
__From 5-26-04 to 3-27-07. ongoing As "Retaliation__

Defendant __SGT "Clarke"__ resides in __Sam Diego California__,
(name)                                                    (County of residence)
and is employed as a __"Sargeant lieutenant"__. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: __As An Employee State of California CMU At__
__Donovan. "Clarke" willfully "Segregated Plaintiff on "false charges"__
__Alleged Addressed to "Miss Bellman but "Suppressed Letter on 8-9-05__
__to 3-27-07 Ongoing__

Defendant N. "Grannis" Resides in Sacramento California
And is Employed As A "Appeal Director" this defendant sued in
Individual and official Capacity under color of State Law As
An Employee State of California. Sacramento.
"Grannis" Refused to Order Defendants to Answer Grievances
From 5-26-04 to 3-27-07 ongoing.. 5-20-08 willfully

10

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant MR. OSHIRO resides in San Diego California,
(name)                                          (County of residence)
and is employed as a "Counselor". This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: AS AN EMPLOYEE State of California CDCR CMC
"OSHIRO" willfully "PARTICIPATED" IN DENIAL OF "PTA" AS KNEWS OF
CIVIL CASES ECC at 3-27-07 ongoing. AND "Retolitory" Write-up of 6-6-07.

Defendant J. "McNEIL" resides in San Diego California,
(name)                                          (County of residence)
and is employed as a SUPERVISOR MAILROOM. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: AS AN EMPLOYEE State of California CDCR at
Donovan. "McNEIL" willfully withheld "LEGAL MAIL" of Plaintiff and
falsified Documents. of 11-27-04 to 3-27-07, up to "139 Days" 80 letters.

Defendant MR. McDANIEL resides in San Luis Obispo California,
(name)                                          (County of residence)
and is employed as a SUPERVISOR MAILROOM. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: AS AN EMPLOYEE State of California CDCR of
CMC. "McDaniel" willfully withheld, Distroyed LEGAL MAGAZINES
from 5-1-07. ongoing WHEN Lawsuit Against CDCR by "PLN".

Defendant Director Woodford resides in Sacramento California,
(name)                                          (County of residence)
and is employed as a Director CDC. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: AS AN EMPLOYEE State of California Sacramento
California CDCR. "Woodford" Refused to "ORDER" timely HEARING
of "Grievances" WHEN Requested by Plaintiff. from 5-26-04 ongoing
As WHEN "Hernandez" Acknowledged receiving "4" Grievances
from 5-26-04 but "Cota", Munoz, Refused to "Answer" willfully.

"Conspiracy"

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: _IMMINENT DANGER EXCEPTION_ (E.g., right to medical care, access to courts, _Pattern of Misconduct medical, Dental barred on Overcrowding_, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.) _DELIBERATE INDIFFERENCE" RECKLESS NEGLIGENT"   1st, 5th, 8th & 14th

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

1.    Defendant "Hoxie" Has Willfully "Delayed" Dental" by Denial of "Partials or "teeth" Since 3-27-07, Whereas Delay Caused by "Overcrowding".

   Prior to arrival at CMC from Donovan Defendants "Antique, Lee, Fromseal and Millard in Concert Willfully Denied Delayed "Partials Dental" Since 5-1-05.

   Acts by Defendants are ongoing Retaliatory and willful "Conspiracy" with Injuries. Including "Gum soreness" "swelling weight loss" missed meals "Pain" and "suffering" as Plaintiff willfully Denied Partials for over "36 months" as under Guise Hoxie, Lee, Millard, Fromseal and Antique Did "X-Rays" but Denied "Dentures willfully. Plaintiff Diagnosed Priority #2 as Overcrowding the Delayed "Partials" Since 5-1-05. Ongoing.. All Defendants Denied, Delayed "Partials in Concert on Separate Occasions.

_____

   "Conspiracy" for 1st Amendment" Right of Access to Court.

2.    On 8-9-05 Plaintiff was subjected to an ongoing and willful Conspiracy by "Retaliation", Whereas Plaintiff was falsely, Accused of stalking M. Belton and "segregated" for "75 Days' Violating all Due Process whereas dismissed in interest of Justice 6-2-08 over 3 years later. Plaintiff spent 75 days falsely by "Sgt Clarke" ongoing as on 11-27-05 segregated again on "false charges" by C/O "Espinoza" spent "45 Days in segregation. for 1st Amendment Right to Access..    "Next Page"

13

"HINES" V GOMEZ", 108 F3D 265..(9TH 1997)."1 CRIMINATION"..

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.) "WOLFF V MCDONNELL" 418 U.S. 539..(1969)..

Count **1** The following civil right has been violated: "RETALIATION""DUE PROCESS"

"WILLFUL" (E.g., right to medical care, access to courts,

"DENIAL OF ACCESS TO COURTS""SIGNIFICANT HARDSHIP IN SEGREGATION"..

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,

etc.) 1ST,5TH,8TH AND 14TH AS WELL AS 6TH IN "LEGAL MAIL""WITHOLDING"

"TAMPERING" ECT..UP TO "139" DAYS "WITHELD"..ACTS "WILLFUL"MALICIOUS"..

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

**3 ••** ON 8-9-05 PLAINTIFF WAS "WILLFULLY"MALICIOUSLY""SEGREGATED"

BY "DEFENDANT CLARKE" A DEFENDANT IN "ONGOING" "CIVIL RIGHTS"

LAWSUIT FOR "RETALIATION" ECT..CASE # GIC-84-0064 AS CASE WAS "DIS-

MISSED" ON 8-19-05 WHILE PLAINTIFF WAS IN "SEGREGATION" "WITHOUT"

"ANY LEGAL DOCUMENTS" TO "FILE OPPOSITION" "DUE" 8-19-05..

PLAINTIFF WAS ALLEGED "SEGREGATED" ON 8-9-05 FOR AN ALLEGED

"LETTER" THAT WAS ALLEGED "SENT" BY PLAINTIFF STEPHEN TO "MISS"

"BELTON" AN EMPLOYEE OF RJ DONOVAN..PLAINTIFF DENIED HE HAD SENT

THIS LETTER OR ANY OTHER LETTER TO MISS "BELTON"..TO JEOPARDIZE

HER JOB..PLAINTIFF STAYED IN "SEGREGATION" FOR "75" DAYS..

WHILE IN "SEGREGATION" FROM 8-9-05 TO 10-23-05..BUT UPON PLAIN-

TIFF "APPEAL" "ALL CHARGES DISMISSED" AND "DUE PROCESS" FINDINGS

ALLOWED CHARGES TO BE "RECALLED" AS "CHARGES, OR WRITE UP" WAS TO BE

"RE-WRITTEN" BUT IT HAS NOT AS OF THIS DATE.."DUE PROCESS VIOLATED"

AS TO THE ALLEGED "LETTER" "NEVER GIVEN" TO PLAINTIFF BUT USED TO

CONVICT OF 9-15-05 A TO FINDINGS OF "GUILTY" AND "60" DAYS "LOSS"

OF "GOOD TIME WORK TIME"..AS WELL AS RIGHTS AND PRIVILEGES..

AS RJ DONOVAN "SEGREGATION" "HOLDS" UP TO "600" PRISONERS IN-

WHICH ARE "MOSTLY MENTAL PATIENTS" ENABLE TO CORRESPOND OR UNDER-

STAND "REALITY" OR THEIR "RIGHTS""DUE PROCESS" OR "RIGHTS TO CALL"

"WITNESSES" IN THEIR BEHALF..THIS IS BEING DENIED DEPRIVED..WITH

MALICE AFORETHOUGHT UNDER "HERNANDEZ" AND "EMPLOYEES"..

AS "SEGREGATION" "MANDATES" "22" "GUARDS PER "24" HOUR TO

"OPERATE" WHEREAS "REGULAR" BUILDINGS "MANDATE ONLY""7$\frac{1}{2}$"..THEREBY

"CREATING A SHORTAGE" OF "GUARDS" ON "MAINLINE" TO "JUSTIFY" THE

"OUTRAGEOUS""OVERTIME" "PAYED" TO "GUARDS".."AD SEG" HAS "3" BUILDINGS

WITH "200" PRISONER PER BUILDING..ENOUGH "PERSONNEL" TO "MAN""9"BLDGS..

OR "2" YARDS.."SHORTAGE" IS "DELIBERATE" TO "EXTORT" MONIES FROM THE

STATE OF CALIFORNIA..ACTS BY DEFENDANTS SERVES NO PENELOGICAL PURPOSE..

#4

## C. Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1  The following civil right has been violated: **"RIGHT TO FILE GRIEVANCE"..**
(E.g., right to medical care, access to courts, **"RIGHT TO COMPLETIION OF GRIEVANCE ONCE FILED"..IST 5TH & 14TH..** due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)     **"WILLFUL""MALICIOUS"..**  **"ACCESS TO COURT".. "DUE PROCESS"..   "FREE SPEECH"..**

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

**(1)   ON 10-25-04 PLAINTIFF STEPHEN WAS "RETALIATED" BY DEFENDANT "MUNOZ" INWHICH HE FORWARDED PLAINTIFF "GRIEVANCE" TO SECURITY SQUAD "SGT CLARKE"..AGAINST THE "FAMILITY" POLICY UNDER "3400" "3401"..INWHICH ACTS AS A "CODE OF SILENCE".. OF 5-26-04. WILLFULLY**

**(2)   PLAINTIFF WAS TOLD BY "SGT CLARKE" TO "GIVE NAME" OF THE ALLEGED "VICTIM" THAT PLAINTIFF HAD WROTE ABOUT ON THE ALLEGED "APPEAL" WILLFUL..AS "CLARKE" KNEW PLAINTIFF HAD BEEN IN SAME OFFICE ON 5-17-04 FOR THE ALLEGED "FAMILIATY" AGAINST "MISS BELTON".. WHEN PLAINTIFF REFUSED TO GIVE "NAME" "CLARKE" DID WILLFULLY DID "THREATEN" PLAINTIFF WITH "SEGREGATION" IF NAME WASNT TOLD..**

**(3)   DEFENDANTS "COTA" AND "MUNOZ" AS "APPEALS COORDINATORS" DID MALICIOUSLY "REFUSE" TO "LOG" "APPEALS HERE AT R.J. DONOVAN AS A "PRACTICE""CUSTOM""POLICY"..UNDER DIRECTIONS OF "HERNANDEZ"..AIDED BY "CONTRERAS" AS "PROGRAM WARDEN"..AS "DIRECTOR WOODFORD" IS "RES- PONSIBLE" FOR COMPLETE COMPLIANCE WITH "RULES""REGULATIONS" AS WAS DENIED, DEPRIVED BY PLAINTIFF..SINCE 5-26-04"ONGOING". "WILLFULLY".**

**(4)   AS PLAINTIFF LAWSUIT WAS "DISMISSED" FOR "NON COMPLIANCE" WITH THE "EXHAUSTION OF REMEDIES"..BY "COTA" AND "MUNOZ"..INWHICH WAS "FILED" 12-13-04 AND "DISMISSED" 8-19-05..ALMOST "2" YEARS "WITHOUT ""EXHAUSTION OF REMEDIES" UNDER "HERNANDEZ"..AS THE APPEALS OFFICE IN SACRAMENTO UNDER "GRANNIS" UNDER "DIRECTIONS" OF "WOODFORD" REFUSED TO "INTERVENE".."ACCESS TO COURT DENIED, HINDERED"..AS WELL AS "IST AMENDMENT  RIGHTS TO "FREE SPEECH"..**

        **AS "ACTS BE DEFENDANTS WERE "WILLFUL"MALICIOUS"..**

PLAINTIFF JIMMIE STEPHEN STATE A complaint he prepared was dismissed," and he was "so stymied" by Defendants' actions or grievance processing that "he was unable to ever file a complaint," direct appeal or petition for writ of habeas corpus. *Lewis*, 518 U.S. at 351;

*Christopher*, 536 U.S. at 416

15

Count 2: The following civil right has been violated: **"RIGHTS TO DUE PROCESS" IN**
(E.g., right to medical care, access to courts,
**THE "GRIEVANCE PROCESS".."ACCESS TO COURT"..IST 5TH. & 14TH..**
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,
etc.)                                              **"WILLFUL""MALICIOUS".**
**"TIMELY ACCESS".. "FREE SPEECH"..**
**"RETALIATION"..**

Supporting Facts:  [Include all facts you consider important to Count 2. State what happened clearly and in
your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant,
by name, did to violate the right alleged in Count 2.]

**(5)  PLAINTIFF "RIGHTS TO GRIEVANCES WERE "DENIED"DEPRIVED" WITH**
**MALICE AFORETHOUGHT BY DEFENDANTS "COTA" AND "MUNOZ" BY FAILING**
**TO "ALLOW DUE PROCESS" ON SUBMITTED "GRIEVANCES" WHEN SUBMITTED**
**FROM 5-26-04..UNDER "DIRECTIONS""CONTROL OF "HERNANDEZ" "AIDED"**
**BY "WOODFORD" WHEN "CONTACTED" BY LETTER IN SACRAMENTO..**

**(A)  "GRIEVANCE" AS TO "2933" P.C. CREDITS FROM 6-6-89 TO 8-16-97..**
**AS PLAINTIFF "DID NOT" "REFUSE TO "WORK" FOR "CREDITS".. FOR**
**A "TOTAL OF  8 YEARS" "WORTH OF DUE CREDITS" "OFF SENTENCE"..**
**OF "18" YEARS UNDER THE "DETERMINATE SENTENCE LAW"..OF 5-26-04..**

**(B)  "GRIEVANCE" AS TO "MONTHLY "TRUST STATEMENTS" AND RIGHTS TO**
**KNOW HOW MUCH "MONIES" IS TAKEN BY "MANDATORY""RESTITUTION"**
**IS DENIED FROM 9-16-03 "ONGOING"..SINCE 6-10-04..**
**"GRIEVANCE" AS TO THE "CONFISCATION" OF "ANY AND ALL MONIES"**
**FROM 6-10-04 FOR "ACCESS TO COURT" AND "HYGIENE" BASED UPON**
**LAWS FORBIDDING CONFISCATION OF MONIES UNDER $46.00 DOLLARS..**
**"GRIEVANCE" AS TO "ONGOING INTEREST" ON "MONIES HELD BY THE**
**"TRUST OFFICE" IN "ACCOUNTS" ECT.. SINCE 9-16-03.. AND 6-10-04..**

**C.  "GRIEVANCE" FROM 9-16-03 FOR "TIMELY ACCESS TO OPTOMETRIST"**
**FOR "STRONGER""PRESCRIPTION EYEGLASSES".."WITH INJURIES"..**

**D.  "FAMIALITY" POLICY UNDER "3400" "3401" INWHICH ACTS AS A "WILLFUL"**
**"CODE OF SILENCE"..**
**"DEFENDANT CONTRERAS" IS RESPONSIBLE FOR ANY AND ALL**
**"PROGRAMS""MOVEMENT" AT RJ DONOVAN BY AUTHROITY OF HERNANDEZ**
**WHOM UNDER CONTROL OF "DIRECTOR WOODFORD" CONTROLS ALL DAY TO**
**DAY POLICIES,CUSTOMS PRACTICES..INCLUDING "APPEALS""GRIEVANCES"**
**UNDER "IST AMENDMENT" AND "ACCESS TO COURT""DUE PROCESS" ECT..**
**"ACTS BY DEFENDANTS SERVED NO PENELOGICAL PURPOSE"..**

Plaintiff
inability to meet a filing deadline or to present a claim.
dismissed.

§ 1983 SD Form
(Rev. 2/05)

16

Count #. The following civil right has been violated: "RETALIATION""DUE PROCESS"..

(E.g., right to medical care, access to courts,

"VICTIMS RIGHTS".."ACCESS TO COURT" ECT..IST 5TH & 14TH..

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,

etc.) "ACTS BY DEFENDANTS WERE "WILLFUL""MALICIOUS"..."ILLEGAL FIRING"..

"EQUAL PROTECTION OF THE LAW"..UNLAWFUL INVESTIGATION"..

Supporting Facts:   [Include all facts you consider important to Count 3. State what happened clearly and in

your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant,

by name, did to violate the right alleged in Count 3.]

(6)      PLAINTIFF "BELTON" WAS "RETALIATED" BY "DEFENDANTS "CLARKE" "WILLFUL"

OF "INCIDENCE OF 10-25-04" INWHICH "MISS BELTON" "WAS" AND "IS"

AN "INNOCENT VICTIM" IN THIS MATTER BASED UPON AN "ALLEGED LETTER"

OF 5-17-04.."ALLEGED WRITTEN BY PLAINTIFF STEPHEN"..AS "VICTIM"

"BELTON" HAS "SUFFERED INJURIES OF LOSS OF EMPLOYMENT" ECT..UNDER

"DIRECT""AUTHORITY OF "HERNANDEZ"..AS AFTER "INCIDENCE" OF 5-17-04

DEFENDANTS "ORDERED" PLAINTIFF "NOT TO TALK WITH MISS BELTON" BUT

EVERYWHERE PLAINTIFF WENT "MISS BELTON" WAS THERE"WILLFUL""MALICIOUS"

(7)      ON 8-27-04 PLAINTIFF "WROTE" AN "APPEAL AGAINST THE POLICY"

AS TO "FAMIALITY" UNDER "3400""3401" AND "MISS BELTON" WAS MOVED

MYSTERIOUSLY "10" DAYS LATER..EVEN THOUGH HER NAME WAS "NOT" ON

THE AFOREMENTIONED "APPEAL"..BUT ON 10-25-04 "DEFENDANT CLARKE"

MALICIOUSLY QUESTIONED PLAINTIFF ABOUT THIS APPEAL OF 8-27-04..

AND REQUESTED "NAME OF PERSON PLAINTIFF FAMILIAR" WITH..EVEN

THOUGH "WRITTEN REPORT" OF 5-17-04 "EXISTED..AS APPEAL WAS SENT

TO "CLARKE" BY "MUNOZ".. AND FURTHER "RETALIATED" TO "BELTON"..

"PLAINTIFF VICTIM BELTON" "RELOCATED" TO "NEW YORK"..AS A

"DEFENDANT" ""CONSPIRING ON PLAINTIFF STEPHEN" OR A "PLAINTIFF"

"NOT KNOWING" OF "INVESTIGATION""CONSPIRACY" BY "CLARKE"..

AS PLAINTIFF STATES THE "FAMIALITY" POLICY ACTS AS A "CODE"

OF "SILENCE"..INWHICH HAS LED TO THE "MURDER" OF OVER "70" OR

MORE PRISONERS SINCE 1985..AS THE POLICY CUSTOM OF "WOODFORD" AS

WELL AS "HERNANDEZ" IS "KILL A PRISONER AND GET PROMOTED" BUT TO

"KISS A GUARD AND YOU ARE GUARANTEED TO GET FIRED" [1] Wrongfully

ON 8-9-05 PLAINTIFF STEPHEN WAS "ACCUSED" OF "FAMILITY" UPON

"MISS BELTON" AGAIN AND SPENT "75" DAYS IN "SEGREGATION" AS CASE

WAS "DISMISSED"..BUT "BELTON""RETALIATED" AGAINST AGAIN" AS WELL

AS "LOST OF EMPLOYMENT" AT "RJ DONOVAN".. BY "CLARKE"..

..defendant "acted in a discriminatory manner and that the discrimination was intentional."

f 1983 SO Form
(Rev. 2/05)

47

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: "Right to Medical" for "Serious"
"Conditions" "Pattern) of Misconduct" "Imminent Danger Exception"
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)  "28 USC "1915"   1st, 5th, & 8th Clue 6.
"28 USC "1367"

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

1. Defendants were "Deliberate Indifferent" Reckless as as to "Inadequate" Delayed" and "Denied" Medications for Doctor Prescribed "Serious Medical Condition" of High "Cholesterol" from 11-27-05 to 1-13-06 by "Dr Bromerich" while in) Segregation. on "false charges" by "Espinoza". Charges Dismissed of 11-27-05.

2. Plaintiff based upon "willful "overcrowding" under warden "Hernandez" failed to Protect" failed to warn) of "High Risk" to "Tuberculosis" based upon "Prior" Outbreaks at Donovan. as well as "CMO" Pitman" in) Charge of "Infectious Diseases" and Duty to "Protect", "warn), and "Safeguard" Plaintiff "Health and Safety" as Donovan Lies Close to "Mexican Border" Stated nurse of 5-1-05.

3. Dr "Ramos" of 9-29-06 Indifference on 10-4-06 willfully Refused to "X-Ray" Plaintiff "Back" but Prescribed "Mild" Pain Pills from the "Assault" of 9-29-06. as her were willful and "Discriminatory" as "cover-up" for Guards "Assault and Battery" while Plaintiff "sat in) chair".. showing "Deliberate Indifference" "Reckless Disregard", when) Plaintiff willfully "thrown "to floor" as "X-Rays" Requested by Plaintiff of 10-4-06. Injury "Serious". or "Adequate" Pain Medications" for "Back Pains" Side Injury, ect. "Ashley J Dilworth" 147.f3d. 715 (8th.1998) Serious Medical Imminent Danger Exception" under 28 USC 1915.

("Next Page")
"Hudson) v McMillan" 112. Sct. 995 (1995) No serious injury necessary in use of unnecessary force.

§ 1983 SD Form
(Rev. 2/05)

18

# 16
# 7
28 USC 1367
18 USC "242"

## "NEGLIGENT"..

1   16.."FAILING TO PROTECT"..DELIBERATE INDIFFERENCE".."RECKLESS DIS-
2   REGARD".."CRUEL AND UNUSUAL PUNISHMENT".."DUE PROCESS".."LIBERTY
    INTEREST"..
                        IST 5TH 8TH & 14TH..

3

4

5       PLAINTIFF STEPHEN WAS "EXPOSED" TO THE "TUBERCULOSIS" GERM"
    "VIRUS" WHILE UNDER "HERNANDEZ" RESPONSIBILITY OF 9-16-03..AND WAS
6   "DIAGNOSED" 5-1-05..AS A "RESULT OF POOR SANITATION" BY "HOUSING"
    WITH "INFECTED CELLMATES" "POOR SANITATION FAILING TO WARN,PROTECT"
7   IN "LAUNDRY AS "P.I.A.""WORKER" UNDER SUPEERVISION OF "TOGAFAU" AS
    WELL AS "BROWN" UNDER AUTHORITY SUPEERVISION OF "KADIWALA"..AS"CMO"
8   "RITTER""FAILED TO PROTECT""FAILED TO WARN".."NEGLIGENTLY"..
        AS "HERNANDEZ" AS WARDEN OF RJ DONOVAN "WILLFULLY""NEGLIGENT"
9   BY "OVERCROWDING" ALLOWED THESE ACTS OF "COMMUNICABLE DISEASES"TO
    "INFECT" PLAINTIFF WERE "DELIBERATE""RECKLESSS"..AS "PRIOR" OUT-
10  BREAKS HAVE OCCURED AT DONOVAN..
        AS "RITTER""HERNANDEZ""BROWN""TOGAFAU""KADIWALA" "FAILED TO
11  WARN""FAILED TO PROTECT"..THEREBY CAUSING "ONGOING INJURY" AAS ON-
    GOING "THREATS" OF "LIVER DAMAGE" FROM THE "HIGHLY TOXIC" DRUG TA-
12  KEN FOR "6" MONTHS AFTER DIAGNOSIS.."NEGLIGENT"..
        FURTHER ACTS OF "WILLFUL NEGLIGENCE" OF 3-9-07 PLAINTIFF WAS
13  "RE-EXPOSED" TO THE "T.B." GERM BY BLDG # 5 "MEDICAL STAFF" WHEN
    GIVING "ANNUAL T.B. TESTS" WHEN "X-RAYS MUST BE GIVEN"..
14      PLAINTIFF "INJURIES" EXISTED "PRIOR" TO DIAGNOSIS OF 5-1-05
    AS "CHRONIC COUGH EXISTED" OF 8-1-04..AS "SIGNIFICANT RISK EXISTED".
15  BASED UPON "OVEERCROWDING" AND "INEFFECTIVE MEDICAL STAFF" AASNOW
    UNDER "FEDERAL MEDIATION CONTROL"..BECAUSE OF "INADEQUATE"STAFF,
16  TRAINING ECT..BY "NEGLIGENCE"..

17                        "NEGLIGENT"..
                    "EXPOSURE OF LAUNDRY"

18      ON OR ABOUT 9-14-06 PLAINTIFF WAAS WILLFULLY "DEPRIVED" OF
    NECESSARY "HYGIENE" ACCESS IN "P.I.A. LAUNDRY" AS "KADIWALA" DID
19  "WILLFULLY" DISALLOW "SHOWERS" IN "CONTAMINATED LAUNDRY" KNOWN TO
    HOUSE "DEADLY CONTAGIOUS VIRUSES" AS "SHOWERS" ALLOWED FOR "SOIL"
20  SORT WORKERS "ONLY" WHEN "SOIL SORT" WORKERS HAVE FREE REIGN OF
    "ENTIRE LAUNDRY" INFECTING ANYONE IN CONTACT"..AS "THE "T.B" GERM"
21  CAN TEST POSITIVE ON THE "SKIN"..AS "SHOWERS" DENIALS OKED BY THE
    SUPERVISORS "BROWN" AND "TOGAFAU"..AS DEFENDANTS "FAILED TO PROTECT"
22  AND "FAILED TO WARN"..
        WARDEN "ARMOSKUS" "COWAN""HAWTHORNE" HAD "PRIOR NOTICE" AND
23  "FAILED TO ACT""FAILED TO WARN".."NEGLIGENTLY"..

24                        "NEGLIGENT"
                    "VENTILLATION"

25      WARDEN "HERNANDEZ" "COWAN""ARMOSKUS" HAD "PRIOR NOTICE" OF"IN-
    ADEQUATE""VENTILLATION" PRIOR TO "INFECTION" OF 5-1-05 OF ARRIVAL
26  AT DONOVAN OF 9-16-03..AS "VENTILLATION" SYSTEM WAS SHOWN HARBORED
    "DEADLY BACTERIA""GERMS" AS "FILTERS" WERE NEVEER CLEANED ACCORDING
27  TO STANDARDS, REPLACED ECT..AS DEFENDANTS "FAILED TO PROTECT" AS
    WELL AS "FAILED TO WARN" OR "CORRECT".. AS PLAINTIFF RECEIVES "NO"
28  "OUTSIDE VISITS" SO "CONTAMINATION" BY PLAINTIFF FROM "PEERSONNEL"

19

1  AND PRISONERS  AS WELL AS "OVERCROWDING"..AS "FAILED TO WARN" BY
   "RITTER" AND "OPERATION WARDEN HAWTHORNE"..AS "HERNANDEZ" DENIAL
2  OF REMEDY TO "FIX" PROBLEMS IS "MONETARY"..AS CHOICE OF "DEADLY"
   DISEASES OR "MONEY TO REPAIR""VENTILLATION"..
3

   #8
4                         "NEGLIGENT"..
   2.."CAMPAIGN OF HARRASSMENT"..."FAILING TO PROTECT"..DUE PROCESS"..
5  "IMPEDING ACCESS TO FILE CLAIMS" AND "PURSUE CLAIMS".."LIBERTY IN-
   TEREST"..
6                       IST 4TH 5TH & 14TH..

7
       ON 7-26-06 PLAINTIFF WROTE "LTA SIMON" UP FOR "OVER-FAMILITY"
8  ECT..AS "PRIOR ENTRAPMENT" HAS OCCURED AT DONOVAN BY "FEMALE STAFF
   WHEN "PURSUEING ACCESS TO COURT" BY LAWSUIT..ON 9-29-06 "SIMON"
9  "WILLFULLY" "RETALIATED" BY "FALSE CHARGES" OF "HITTING HER" AS
   PLAINTIFF EVENTUALLY "SEGRREGATED" FOR "108"DAYS AFTER FINDING OF
10 "NOT GUILTY"..
       THE "108" DAYS FITS CATAGORY OF "SIGNIFICANT ATYPICAL" "HARD-
11 SHIP" UNDER "SANDIN V CONNER"..INTENTIONALLY"..AS "SIMON""WILLFULLY"
   TRIED TO RETRIEVE AN ALLEGED "PIECE OF PAPER FROM PLAINTIFFS""BRI-
12 EFCASE" OF 9-29-06 WHEREAS VIOLATES THE "4TH" AMENDMENT ALSO AS
   SHE IS NOT A "PEACE;OFFICER" NOR HAS AUTHORITY TO "SEARCH"IF"TRUE"..
13     PLAINTIFF "RELEASED FROM SEGREGATION" OF 1-18-07..AS "ALL"
   "WITNESSES OF IN LIBRARY OF 9-29-07 SUPPRESSED" WHEN REQUESTED"BY
14 PLAINTIFF..UNDER "TITLE 15 ART."3268.1" THIS IS "ILLEGAL"..
       DEFENDANTS "MCMAHAN" WILLFULLY BY FABRICATION DID "FILE" AND
15 PURSUE "D.A. REFERRAL" AS WOULD HAVE GOTTEN "GUILTY""VERDICT" FROM
   EMPLOYEES OF DONOVAN IF PLAINTIFF HADNT GOTTEN "WITNESS PRINCE" TO
16 TESTIFY IN BEHALF..AND BEAT CHARGES OF 9-29-06..
       AS "WITNESSES" "NEGLIGENTLY""WITHELD" IN VIOLATION OF "TITLE"
17 15 ART."3268.1".."USE OF FORCE" WHEREAS "ALL WITNESSES" "MUST BE"
   "DOCUMENTED" THIS WAS "WILLFULLY""NEGLIGENTLY" "DEPRIVED"..AS THE
18 WARDENS HAD "PRIOR NOTICES" OF "RETALIATION""HARASSMENT" BY GUARDS
   HERE AT DONOVAN AND "FAILED TO PROTECT"..AS "HERNANDEZ""ARMOSKUS"
19 "COWAN" "LT MCMAHAN" HAD "PRIOR NOTICES" AND DID NOTHING..
       AAS DEFENDANTS "HERNANDEZ""ARMOSKUS""COWAN" AND "MCMAHAN"DID
20 "NEGLIGENTLY" "TRANSFER" ANY AND ALL "WITNESSES" AT "SCENE OF CR..
   IME OF 9-29-06 THEREBY "EMPTYING ENTIRE "3" YARD WHERE "WITNESSES"
21 WERE HOUSED OF 9-29-06..
       ACTS BY DEFENDANTS SERVED NO PENELOGICAL PURPOSE..
22
   #9
23                        "NEGLIGENT"..
   3.."DUE PROCESS".."FAILING TO PROTECT"..IMPEDING ACCESS TO COURT"..
24 "IMPEDING ACCESS TO FILE CLAIM"..OBSTRUCTION OF ACCESS TO COURT"..
   "RETALIATION".."LIBERTY INTEREST".. IST 5TH 8TH & 14TH..
25
       ON 9-29-06 PLAINTIFF WAS "NEGLIGENTLY""WILLFULLY""ASSAULTED"
26 BY "BRAVO" AS "LEAD ATTACKED" IN "CONCERT" WITH "MCCURTY""LIRA"
   "ARMENTA""FERNANDEZ" **JOHN DOE"# 1-15.   .WHEREAS PLAINTIFF WAS
27 "NEGLIGENTLY""WILLFULLY""INTENTIONALLY""SEGREGATE " UNTIL FINDINGS
   OF "NOT GUILTY" OF 1-14-07 BY "WITNESS PRINCE"..AS "RETALIATION"..
28

                                                              20

1    PLAINTIFF WAS "SITTING BEHIND TYPEWRITER" AT TIME OF"ASSAULT"
     OF 9--29--06 AT ABOUT 7;00 PM..AS ACTS WERE "WILLFUL""NEGLIGENT" AS
2    "IMPEDING ACCESS TO COURT"..AS UPON ENTERING LIBRARY OF 9--29--06
     DEFENDANT "ARMENTA" STATED THATS THE GUY WHOM FILES THE "LAWSUITS"
3    AS PLAINTIFF WAS "ATTACKED" BY "BRAVO" ECT..AS "SIMON" ABETTED THE
     "ATTACK" OF 9--29--06 BY "FALSE CHARGES" TO "CAUSE HARM""NEGLIGENTLY
4    AS "SHOCKS THE CONSCIOUS JUSTIFYING LIABILITY".."UNECESSARY FORCE"
     WAS USED OF 9--29--06..
5        AS GUARDS UNDER "HERNANDEZ"ARMOSKUS""COWAN"MCMAHAN" HAS "SEG--
     REGATED" PLAINTIFF "3 TIMES" ON 8--9--05,11--27--05 AND 9--29--06 AND
6    PLAINTIFF "FOUND NOT GUILTY ALL 3 TIMES"..AS PLAINTIFF WAS "NOT RESIS--
     TING" OF 9--29--06 AS ACTS WERE "WILLFUL NEGLIGENT".."USE OF FORCE"
7    MANDATES "ALL WITNESSES BE DOCUMENTED" THIS WAS "DENIED"..
         PA "RAMOS" AS PHYSICIAN "REFUSED" TO "X--RAY" PLAINTIFF "BACK"
8    AND OTHER "INJURIES" OF 9--29--06 WHEN REQUESTED OF 10--4--06 ECT..AS
     "AIDING AND ABETTING" IN THE ACT OF "ASSAULT" OF 9--29--06..
9        DEFENDANTS ACTED AS A "GANG IN CONCERT" OF 9--29--06 AND STATED
     "INJURIES" WERE "WILLFUL NEGLIGENCE" TO "CAUSE HARM" AND "THWARF"
10   "IMPEDE ACCESS TO COURT"..BY "DESTROYING LEGAL DOCUMENTS"IN ONGOING
     CASES..AS PLAINTIFF "KICKED""STOMPED" SHOVED" AND "DOCUMENTS" IN
11   FACT WERE "FABRICATED""WITHELD" WILLFULLY..AS WELL AS  "PALENCIA"..

12
                            "NEGLIGENCE"
13
         DEFENDANTS "ARMENTA" "MCCURTY""FERNANDEZ""LIRA""BRAVO" DID
14   "NEGLIGENTLY""WILLFULLY""BRAG" ABOUT THE "ASSAULT""ATTACK" OF 9--
     29--06 AS WELL AS "DESTROYING PLAINTIFF LEGAL DOCUMENTS"..WHEREAS
15   PLAINTIFF KNEW "NOT TO SIGN THE INVENTORY LIST FOR PROPERTY" AS
     "DAVIS" TRIED TO CONVINCE PLAINTIFF TO "SIGN" MINUTES AFTER THE
16   "ASSAULT" OF 9--29--06..WHEREAS "NURSE VALENCIA" WAS "MALICIOUSLY
     GIVEN ARONG INFORMATION OF 9--29--06 AS TO THE "USE OF FORCE"..WHERE
17   AS "BRAVO" STATED "USE OF FORCE" USED AND "ARMENTA" STATED "NO USE
     OF FORCE USED" PF 9--29--06..BUT "VIDEO" TAKEN OF PLAINTIFF "STATE--
18   MENTAS" OF 9--29--06..AND "ADMITTING" THE "LOSS OF STATED LEGAL"
     "DOCUMENTS" STATED AS "LOST"..AS "DESTRYING" "DOCUMENTS" OF 9--29--
19   06 "WITNESSED BY DEFENDANT SIMON"..AS WELL AS "MCCURTY""ARMENTA"
     "FERNANDEZ" AND "JOHN DOE # 1--15"..AND "PALENCIA"..
20       AS "STATE AND FEDERAL""DOCUMENTS""WILLFULLY DESTROYED" AS
     WERE "PREPARED AND READY FOR COPYING" AND "IRREPARABLE" AS
21   "STREET ATTORNEY GAVE INPUT" IN COURT DOCUMENTS ECT..INCLUD
     ING "APPEALS""DECLARATIONS""ROUGH DRAFTS""GRIEVANCES""NOTES"
22   "PHONE NUMBERS""WORKSHEETS""AS "IRREPLACEABLE"IRREPARABLE"..

23
                            "NEGLIGENCE"
24
         PLAINTIFF "PRESCRIPTION EYEGLASSES" "NEGLIGENTLY"WILLFULLY"
25   "DESTROYED" OF 9--29--06 AS "SGT ARMENTA" DID "BRAGGED ABOUT THE DE--
     STRUCTION OF "EYEGLASSES" ECT..AS OF 3--21--07 PLAINTIFF STILL HAVE
26   "NOT RECEIVED" "PRESCRIPTION "EYEGLASSES" BUT HAS TO "USE""10"YEAR
     OLD "EYEGLASSES" WHICH CAUSES "EYE PAINS""HEADACHES" ECT.. WHERE
27   "WILLFULLY""NEGLIGENTLY""IMPEDING ACCESS TO COURT" BY "SIGHT" ECT.
     AS WARDEN "HERNANDEZ""ARMOSKUS"COWAN"MCMAHAN" HAD "PRIOR NOTICE"
28

OF PLAINTIFF "DESTROYED EYEGLASSES" OF 9--29--06 AND DID NOTHING..AS
PLAINTIFF "EYESIGHT HAS "DETIORATED SINCE 9--29--06" BY "WRONGFUL"
"USE OF EYEGLASSES"..

AS "OPTOMETRIST" TOOK "2" MONTHS TO TAKE "PRESCRIPTION" OF
11--27--06 AND STILL HAVE NOT BEEN FITTED WITH "CORRECT""EYEGLASSES"
UNDER "HERNANDEZ" AND "WILLFUL NEGLIGENCE"..

AS ALL "NAMED DEFENDANTS HAS "PRIOR NOTICES" OF EVENTS THAT
TOOK PLACE OF 9--29--06 AS ONGOING PARCTICE CUSTOM POLICY FOR "ACCESS
TO COURT" BY "WILLFUL "NEGLIGENT""IMPEDING ACCESS TO COURT" FOR
"FILING""PRUSUEING" "AWSUITS ECTS..

"DESTRUCTION OF EYEGLASSES" WITNESSES BY "SIMON"..AS SHE DID
NOTHING TO CORRECT FALSE CHARGES..

AS "CRHONIC HEADACHES" ARE EFFECT OF "WRONGFUL PRESCRIPTION"
"EYEGLASSES" AND DENIAL OF CORRECT ONES..AS "PAIN PILLS" USED FOR
"CHRONIC BACK PAINS" ALSO..AS PLAINTIFF "CANNOT"READ"EAT" OR "EXE--
RCISE" "EFFECTING DAILY ACTIVITIES" "BACK PAINS" BASED UPON THE
"NEGLIGENT""WILLFUL""ATTACK" OF 9--29--06..AS "DR RAMOS" REFUSED TO
ALLOW "BACK X RAYS" WHEN REQUESTED FOR "BACK PAINS" SHOWING "IMPA--
RTIALITY" TO PLAINTIFF, PRISONERS AND FOR "GUARDS""BRAVO" ECT..

ACTS BY DEFENDANTS SERVED NO PENELOGICAL PURPOSE..

#10    "Pattern of misconduct"
"Conspiracy"

**D. CLAIMS***

CLAIM I

The following civil right has been violated:

1. upon Arrival at "CMC from Donovan" of 3-27-07 Plaintiff was subjected to "overcrowding in Housing Iu cells Built for "one" as Beds Are "over and under" for total 2 Prisoners with "one" Prisoner in "Aisle of Each cell" Blocks Entire aisle total 3 Prisoners Whereas Jeopardizing "Health, Safety and Security" willfully ongoing of 3-20-08.

thereby Causing Deprivation of "Basic Human Needs" When "Hot Pot" for Cooking Necessary food, ect as "Confescated" upon Arrival of 3-27-07, based upon Electrical shortage at CMC. Allowing only "2" Electrical Applianxes When "3 Allowed" under Law. Deliberate Indifference as "Aisle Bed" forces Plaintiff, Prisoners to "step" on Aisle Bed to get to "toilet" Cold, Hot water When In use. "Overcrowded". willfully.

2. As under "Warden Marshal CMC Has an Inadequate Law Library "Improper Court forms must sign for forms with "Identification" "No Typing Paper or Typewriters" of "occupancy in Library for "legal users". "Confidentiality" of "72 Hour Wait for "Legal Copies" ect under "Marshal 18 USC 242 & 28 USC, 1361 shows willful conspiracy..

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

3. Plaintiff was willfully "Retaliated" of 6-30-07 When "filed" "Grievance" Whereas willfully "Confescated" "Nestecten" Black. Civil Rights Literature without "Due Process" by C.O. "Castillo" for 1st Amendment Right.

4. further "Retaliation" of 6-6-07 Plaintiff willfully "Written-up" by "C. Cornelius" for "not Participating in" Education When Grade Point of 10.5 Presented and of Receiving "High School Diploma in 1972.. As on 4-7-08 High School Diploma Appeared via Institutional Mail.. As Documents Confescated from C-file and GED alleged at 4.6 by "Cornelius".

5. Plaintiff "willfully" Denied Right to Work "PIA" of 3-27-07 by "Paul Kelly" under Counselor "osttrD" Production of 1983 "Arson Case when Worked PIA at Donovan Prior to "Transfer on "non-Disciplinary" Transfer. when Defendants Knew of Court fees ect..

6. Plaintiff "Hot Pot" willfully "Confescated" of 3-27-07 upon Arrival at CMC. Whom Stated on Grievance "Appliance" Came from "Vendor"..

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

1st, 5th, 8th & 14th

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)

23

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1:</u> The following civil right has been violated: " LEGAL mail " withholding ect ..
" Due Process " Retaliation "

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

1st 5th 8th & 14th ..

<u>Supporting Facts:</u> [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

1. Plaintiff has been further subjected to a " Pattern of misconduct " by Employees under " Marshal " at CMC as well as under " Hernandez " at Donovan from 11-1-04 to 5-20-08 ongoing .. for Exercising Access to court by " Grievance ", Lawsuit .. by " Retaliation "

Upon Arrival at CMC under " Marshal " Plaintiff has been " Retaliated ", negligently, withheld, Destroyed Paid subscription of " Prison Legal News " Magazine since 6-1-07 under mailroom Employee, supervisor " McDaniel ". Whom failed to correct when notified

2. further " Pattern of misconduct " Plaintiff " marked " legal mail willfully withheld, up to " 139 Days " over " 80 " letters by " J. McNeil " whom failed to correct when notified .. from 11-1-04 until Transfer of 3-27-07 .

3. Counselor Oshiro of CMC has failed to rectify ongoing Abuse " Denial of PIA " Placed in Education when have High School Diploma " Instead of PIA ". Since 3-27-07 ongoing. whom Initiate Denial from " PIA " on " Arson " charge 25 years ago. when working PIA Prior to Transfer. of 3-27-07. on 6-14-07 Plaintiff willfully Accessed " 60 Days " on Recalled write-up of 8-9-05 .
" Pattern " of misconduct for " Immenient Danger "
" Exception serious Physical Injury ".
" Exception "
D.O.M # 54100.18.3. " Voids " All " Dispositions " on " Recall " Rehearing " 115 Grievance of 8-9-05 on " 6-14-07. over " 2 Years " without " Rehearing Grievance # PIA-03-5-0160T .. by Counselor " Oshiro " of CMC ongoing " Retaliation ".. ect ..

§ 1983 SD Form
(Rev. 2/05)

24

**Count 3:** The following civil right has been violated: "Due Process" Retaliation"
"Conspiracy" to Deprive of Property under "3190.3000"
(E.g., right to medical care, access to courts,
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,
etc.)                                      1st, 5th, 8th & 14th..

**Supporting Facts:** [Include all facts you consider important to Count 3. State what happened clearly and in
your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant,
*by name*, did to violate the right alleged in Count 3.]

1.      ON 10-4-06 After "FAKE CHARGES" of 9-29-06 Plaintiff
was "Retaliated" by "Sgt Dittman on "false Write-up" Wheelers
under "Program failure title 15 Act 3000 states "2" Serious
Write-ups in "6 months, must Relinquish all "Personal Property"
"Radio "Television "fans" Ect under "3190"
        As upon "Orders" of "Dittman" Plaintiff was "willfully"
"Written-up" of 10-4-06 by "Guard Soriano "on "false WriteUp"
for Allegedly Refusing to "Double Cell" before "Classification"
to "Double Cell" Living under Alleged "O.P. # 85 As this
"Operational Procedure" Went Into Effect After "Write-up"
on 12-1-06.. Write-up Approved by "Lt Sanchez"..
        "Write-up" of 9-29-06 "Dismissed "on 1-18-07..
based upon "Testimony" of "Witness Prince" Whom was Also
"Retaliated" and "Segregated" during Plaintiff Segregation of 9-29-06
"No CHARGES" filed on" Mr Prince or "WriteUp "as in Retaliation
for "Testimony "in this matter. Plaintiff and "Prince" Released together
        As Plaintiff willfully "Transferred to "Inferior" Prison
of CMC- thereby Constituting "undue "Hardship" Ongoing..
        "Operational Procedure" # 85 "Not O.A.L Approved"
As to "Cellmate of Choice" Alleged of 10-4-06 is "Invalid"..
        further "Retaliation" under "3190" on 1-18-07 Plaintiff
willfully Placed in Cell with "E.O.P." "Violent Mental Patient"
to "Cause Harm" When" No Emergency "Existed.

<hr>

        28 USC "1367 "& 18 USC "242"
        "NEXT PAGE"

25

§ 1983 SD Form
(Rev. 2/05)

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case?  ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b)  Name of the court and docket number: _____

_____

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____

(d)  Issues raised: _____

_____

_____

_____

_____

(e)  Approximate date case was filed: _____.

(f)  Approximate date of disposition: _____.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not sought.

3RD LEVEL REVIEW AND BOARD of control
All EXHUSTED. .

_____

_____

_____

_____

_____

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): "Retaliation" "Defense" Parole Board's Ect. Employees CACR, Discrimination Conspiracy for 1st Amendment Rights Ect. "Hardships" for Transfering, to C.M.C of 3-27-07 work, school, Ect..

2. Damages in the sum of $ 5,000,000 .

3. Punitive damages in the sum of $ 10,000,000 .

4. Other: "Jury Trial" "Imminent Danger Exception" Declaratory Judgement, Breachive Confidentialites Copies, mail Ect..

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court.  (Choose one.)

**G.  Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge.  The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases.  Consent to a magistrate judge will likely result in an earlier trial date.  If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐  Plaintiff consents to magistrate judge jurisdiction as set forth above.    **OR**    ☒  Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

_6-24-08_
Date

_____
Signature of Plaintiff

§ 1983 SD Form
(Rev. 4/06)

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA            )

COUNTY OF San Luis Obispo                          CV-08-0749-BTM

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

    I, _KHALID QADIR_____, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action. My address is listed below.

      On __6-24-08____, I served the following documents:

     "Amended Complaint"

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at San Diego California, addressed as follows::

    ATTORNEY GENERAL
    300 Spring St
    Los Angeles Calif 90013

      I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in the County of San Diego, California on ___6-24-08___

_____KHALID QADIR_____

P.O. Box _8101___

San Luis Obispo Calif 93409 8101

Pursuant to the holding of the United States Supreme Court in Houston v. Lack 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.



28