# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 JUL -9 AM 10:52
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Moskowitz
FROM: A. Victoria, Deputy Clerk     RECEIVED DATE: 7/2/08
CASE NO.: 08cv749-BTM (AJB)   DOCUMENT FILED BY: Stephen
CASE TITLE: Stephen vs Bravo
DOCUMENT ENTITLED: Motion to amend complaint

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☒ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☒ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | | OTHER: Moot. Amended Complaint already filed. [See Doc. No. 6] |

Date forwarded: 7/2/08

### ORDER OF THE JUDGE / MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Moskowitz
Dated: 7/8/08    By: KMB, PSLC
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

*pay #1-4 Original*

1  Mr. Jimmie Stephen
   C-56483
2  P.O. Box 8101
   San Luis Obispo, CA 93409
3

**REJECTED**

6  Court of United States District
7  State of California - Southern

9  Case # 08-0749-BTM
10                      (AJB)

13 Jimmie Stephen
       Plaintiff
14
                              1.. Motion. Request. Affidavit
15       v                        to "Amend Complaint"
16                                FRCP # 15.
17  "Bravo"
                              2.. "Copy of Docket Sheet"
18  et al Defendants             in this case... for motions
                                 verifying "28 USC 1915" request.
19

20      Plaintiff Jimmie Stephen hereby request to
21 "Amend Complaint" under "FRCP # 15" in above case #
22 CV-08-0749-BTM (AJB) in USDC-Southern, based
23 upon "Transferring" to USDC-Western Jurisdiction of
24 3-27-07 from RJ Donovan instead of "supplemental complaint
25 for Torture and Retaliation, economic. Imminent Danger Exception"
26 "Pratt v Rowland" 769. f.supp. 1128 (ND) 1991..

27      "Haines v Kerner" 404. US. 519 (1969)... Less Stringent
28 Standard than law trained attorneys. All motions. Complaints etc.

1.